UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KING,

        Plaintiff,

v.

MEIJER, INC., et al.,

        Defendants.
_____/

CIVIL ACTION NO.  05-70883

DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER**

      Defendant Meijer, Inc.,'s Motion to Compel Plaintiff to Respond to Defendant Meijer's First Set of Interrogatories and Document Requests was referred to the undersigned magistrate judge for hearing and determination.  Plaintiff, pro se and defendant, by counsel, appeared for hearing on December 15, 2005.  Having reviewed defendant's motion, and having had the benefit of oral argument, I find that the motion should be, and the same is, hereby granted.

      Plaintiff is ordered to respond in writing to Defendant's Interrogatories and Requests for Production of Documents within fourteen (14) days of the date of this Order.  All objections to the discovery requests are deemed waived, and plaintiff is ordered to provide full and complete responses.  In view of plaintiff's pro se status, no award of attorney fees will be entered.  Plaintiff, however, is admonished that future failures to comply with the

Federal Rules of Civil Procedure relating to discovery may result in a recommendation to the district judge that his Complaint be dismissed.

                          s/Donald A. Scheer
                          DONALD A. SCHEER
                          UNITED STATES MAGISTRATE JUDGE

DATED: December 16, 2005

_____

### CERTIFICATE OF SERVICE

     I hereby certify on December 16, 2005 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on December 16, 2005. **Michael King, Jonathan Karmel.**

                          s/Michael E. Lang
                          Deputy Clerk to
                          Magistrate Judge Donald A. Scheer
                          (313) 234-5217