# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL KING, *pro se*,　　　　　　　　　　Case No. 05-70883

　　　　Plaintiff,　　　　　　　　　　　　　　HONORABLE ARTHUR J. TARNOW
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
v

　　　　　　　　　　　　　　　　　　　　　　　DONALD A. SCHEER
MEIJER, INC.,　　　　　　　　　　　　　　　MAGISTRATE JUDGE

　　　　Defendant.
_____/

## ORDER TO RESPOND

Before the Court is Plaintiff's Motion to Enforce Judgment [52], filed October 8, 2008.

Defendant has not yet responded to the Motion. Accordingly,

**IT IS ORDERED** that Defendant respond to Plaintiff's Motion by **January 9, 2009**.

Plaintiff may file a Reply by **January 20, 2009.**

　　　　**SO ORDERED.**


　　　　　　　　　　　　　S/ARTHUR J. TARNOW
　　　　　　　　　　　　　Arthur J. Tarnow
　　　　　　　　　　　　　United States District Judge

Dated: December 11, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and Michael King, 4006 Burns Avenue, Inkster, MI 48141, on December 11, 2008, by electronic and/or ordinary mail.


　　　　　　　　　　　　　S/Lisa Ware for THERESA E. TAYLOR
　　　　　　　　　　　　　Case Manager